**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK MCCLEARY,

    Plaintiff,  No. C 04-04851 JSW

    v.  **ORDER OF DISMISSAL**

UNITED STATES OF AMERICA,

    Defendant.
_____/

Pursuant to the Order issued by Magistrate Judge James dated December 23, 2005, setting forth the terms of the Settlement in this matter, the Court HEREBY ORDERS that this matter shall be dismissed. This dismissal shall in no way prejudice either party's right to seek to enforce the terms of the Settlement Agreement as set forth in Magistrate Judge James Order.

The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: January 3, 2006

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE